No. 199, Misc.   GOING *v.* MISSOURI.   Motion for leave to file petition for writ of mandamus denied.   Petitioner *pro se.*.   *John M. Dalton,* Attorney General of Missouri, for respondent.

No. 391.   PARR ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari granted.   *Abe Fortas, Paul A. Porter, Charles A. Reich* and *T. Gilbert Sharpe* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Edgar O. Bottler, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 443.   UNITED STEELWORKERS OF AMERICA *v.* WARRIOR & GULF NAVIGATION Co.   C. A. 5th Cir.   Certiorari granted.   MR. JUSTICE BLACK took no part in the consideration or decision of this application.   *Arthur J. Goldberg* and *David E. Feller* for petitioner.   *Richard C. Keenan* and *T. K. Jackson, Jr.* for respondent.

No. 162.   S. S. SILBERBLATT, INC., *v.* TAX COMMISSION OF NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Harold A. Jerry* and *Clyde A. Lewis* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, and *Julius L. Sackman* for respondent.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Myron C. Baum* filed a memorandum for the United States, as *amicus curiae.*